■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO CALDERONE, Also Known as RAUL A. LARA, Appellant. —Appeal by the defendant from two judgments of the County Court, Nassau County (Winick, J.), both rendered June 5, 1985, convicting him of criminal sale of a controlled substance in the second degree under indictment No. 60358, and criminal possession of a controlled substance in the sixth degree under superior court indictment No. 60757, upon his pleas of guilty, an imposing sentences.

Ordered that the judgments are affirmed.

By failing to move in the court of first instance to withdraw his pleas or to vacate his convictions, the defendant has failed to preserve for appellate review the issue of the sufficiency of the plea allocutions *(see, People v Pellegrino,* 60 NY2d 636; *People v Gonzalez,* 110 AD2d 909, *lv denied* 66 NY2d 615; *People v Santiago,* 100 AD2d 857). Nor is reversal warranted in the interest of justice inasmuch as the plea allocutions satisfied the requirements of *People v Harris* (61 NY2d 9; *see also, People v Buckhannon,* 108 AD2d 818). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS G. CARLO, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Zittell, J.), rendered March 14, 1984, convicting him of criminal possession of stolen property in the first degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Brown, J. P., Niehoff, Sullivan and Harwood, JJ., concur.